UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: MARK C. HOLLON,                )
                                      )    CHAPTER 13
                                      )    CASE NO. 06-31264-DHW
              Debtor(s).              )

**NOTICE OF FILING OF AFFIDAVIT
IN SUPPORT OF MOTION FOR RELIEF**

COMES NOW American Home Mortgage Servicing, Inc. ("AHMSI"), as servicing agent for Deutsche Bank National Trust company, as Trustee in trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2004-R9, Asset-Backed Pass-Through Certificates, Series 2004-R9 ("Deutsche Bank") and gives notice of the filing of the attached affidavit in support of the Motion to Lift the Automatic Stay previously filed in this cause by Deutsche Bank.

Respectfully submitted,

/s/ Michael W. Lindsey
_____
MICHAEL W. LINDSEY, ESQ.
OF COUNSEL: Jauregui Law Firm, LLC
Attorney for American Home Mortgage Servicing, Inc.
3829 Lorna Road, Suite 322
Hoover, AL 35244
(205) 988-8888

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following by United States mail, postage prepaid and properly addressed, or by electronic mail, on this the 11th day of November, 2009, to-wit:

| | | |
|---|---|---|
| Vonda S. McLeod, Esq. | Curtis C. Reding | Mark C. Hollon |
| Attorney for Debtor(s) | Chapter 13 Trustee | 2126 County Road 61 |
| P. O. Box 201 | Middle District of Alabama | Prattville, AL 36067 |
| Montgomery, AL 36101 | P.O. Box 173 | |
| | Montgomery, AL 36101 | |

/s/ Michael W. Lindsey
_____
MICHAEL W. LINDSEY

STATE OF Florida )
COUNTY OF Duval )

## AFFIDAVIT OF Jennifer Ward

I am Jennifer Ward, a representative of American Home Mortgage Servicing, Inc. ( AHMSI ), as servicing agent for Deutsche Bank National Trust Company, as Trustee, in Trust for the benefit of the Certificateholders for Ameriquest Mortgage Securities Trust 2004-R9, Asset-Backed Pass-Through Certificates, Series 2004-R9 ( Deutsche Bank ), and as such, have full knowledge and information with respect to the facts set out herein. This Affidavit is based upon my personal knowledge, and I am competent to testify regarding those things about which I have personal knowledge. The original records of AHMSI/Deutsche Bank regarding accounts in which the borrower(s) has/have sought protections under the Bankruptcy Code are maintained on computer and to which I have access. It is in the regular course of business that such records regarding transactions are maintained, and it is the regular course of such business to maintain these records.

I am familiar with the account of Mark C. Hollon ( Borrower(s) ), designated as AHMSI Loan No. 4000576431.

That Borrower(s), on February 25, 2004, executed and delivered to Ameriquest Mortgage Company a note in the principal amount of $ 110,500.00. Said note was, and continues to be, secured by a mortgage on certain real estate located in Autauga County, Alabama.

That there is currently due and owing Deutsche Bank, as assignee of said note and mortgage, on Loan Number 4000576431, the principal balance of $ 104,667.06, plus accrued interest, late fees and attorney fees. The loan is currently post-petition due for the months of August, 2009, and thereafter, with a total post-petition arrearage of $2,797.34, plus attorney fees and Court costs, and with a payoff in the amount of $107,729.73, which amount is good through October 26, 2009.

That the mortgage of Deutsche Bank is a valid first lien against the real property described in said mortgage.

That the reasonable value of the property described in said mortgage used to secure said note of Deutsche Bank is $ 137,720.00, as shown by the records of the Autauga County Tax Assessor, the evidence of which is attached hereto.

The data contained in this certification is current as of payments received on or before the date of this Affidavit.

*Jen Ward*
Jennifer Ward / Bankruptcy Specialist

STATE OF Florida )
COUNTY OF Duval )

I, the undersigned, notary public in and for said County and State, hereby certify that Jennifer Ward, whose name is signed to the foregoing document and who is known to me, acknowledged before me on this date that, being informed of the contents of the above affidavit, he/she executed the same voluntarily on the day the same bears date.

Given under my hand and official seal this 3 day of ~~October~~ November, 2009.

*Donna S. Barwick*
NOTARY PUBLIC
My commission expires: 12-10-2011



DONNA S. BARWICK
MY COMMISSION # DD 740742
EXPIRES: December 10, 2011
Bonded Thru Notary Public Underwriters

 

# Autauga County
## GIS Internet Report

# Assessment Information

**Parcel Number:** 09093100000110030    **Year Last Appraised:** 2006
**Account Number:** 0000052290    **Total Appraised Value:** $137,720

| General Information | |
|---|---|
| Owner: | HOLLON MARK C |
| Owner: | |
| Property Address: | COUNTY RD 61 2126 |
| Mailing Address: | 2126 COUNTY RD 61 |
| | PRATTVILLE, AL 36067 |

| Utility Information | | | |
|---|---|---|---|
| Water: | N/A | Tax District: | COUNTY DIST 2 |
| Sewer: | N/A | Total Taxes: | $330.52 |
| Gas: | N/A | Amount Paid: | $331 |
| Zoning: | | | |

( Tax amount for year 2008. Subject to change for 2009 tax year. )

| Other Information | | | |
|---|---|---|---|
| Deeded Acre: | 3 | Deed Book: | 639 |
| Total Acre: | 3 | Deed Page: | 473 |
| Timber Acre: | 0 | Deed Date: | 2/15/2002 |
| Deeded Lot Frontage: | 294 | Section: | 31 |
| Land Type: | RESIDENTIAL | Township: | 19N |
| Subdivision: | N/A | Range: | 16E |
| Neighborhood: | PINE LEVEL | | |

 

# Autauga County
## GIS Internet Report

# Building Components Information

**Parcel Number:** 09093100000110030      **Year Last Appraised:** 2006
**Account Number:** 0000052290            **Building:** 1

## Wall & Flooring Information

| Exterior Walls | |
|---|---|
| Name | Percentage |
| BRICK ON WOOD | 100% |

| Interior Finish | |
|---|---|
| Name | Percentage |
| DRYWALL (SHEETROCK) | 100% |

| Flooring | |
|---|---|
| Name | Percentage |
| CARPET & UNDERLAY | 100% |

## Roof Information

| Roof Type | | Roof Material | |
|---|---|---|---|
| Name | Percentage | Name | Percentage |
| HIP-GABLE | 100% | ASPHALT SHINGLES | 100% |

Case 06-31264    Doc 27    Filed 11/11/09    Entered 11/11/09 18:42:55    Desc Main
Document    Page 5 of 10




# Autauga County
## GIS Internet Report

# Building Components Information

## Building Feature Information

| Plumbing | | |
|---|---|---|
| Name | Quantity | Cost |
| BATH 3FIX | 2 | $2,320 |

| Heating & Air Condition | | |
|---|---|---|
| Name | Area | Cost |
| FHA/AC | 1604 | $5,454 |

| Fireplaces | | |
|---|---|---|
| Name | Quantity | Cost |
| FIREPLACE +1 W/1 OPENING | 1 | $2,340 |

| Miscellaneous | | |
|---|---|---|
| Name | Quantity | Cost |
| No Information Available | | |

 

# Autauga County
## GIS Internet Report

# Building Components Information

## Special Adjustments

| Name | Quantity |
|---|---|
| No Information Available | |

## Age Information

| | | |
|---|---|---|
| Year Built: 1979 | Effective Year Built: 0 | Year Remodeled: 0 |

## Size Information

| | | | |
|---|---|---|---|
| Apartments: 0 | Rooms in Apartments: 0 | Building Rooms: 0 | Stories: 1 |

## Square Footage Information

| | | |
|---|---|---|
| First Floor Area: 1,604 | Upper Floor Area: 0 | Appendage Adjusted Area: 351 |
| | Upper Floor Adjusted: 0 | Total Adjusted Area: 1,955 |

## Depreciation Information

| | | |
|---|---|---|
| Percent Good: 70% | Functional Obsolescence: 0 | Economic Obsolescence: 0 |

 

# Autauga County
## GIS Internet Report

# Building Components Information

## Structure Information

| | | | |
|---|---|---|---|
| Foundation Type: 0 | Roof Types: 8 | Exterior Walls: 38 | Floors: 12 |
| Foundation Materials: 0 | Roof Materials: 4 | Interior Finish: 30 | Plumbing: 8 |
| Construction Units: 0 | Total Units: 100 | | |

## Cost Information

| | | | |
|---|---|---|---|
| Override Value: | $0 | Square Foot: | $0.00 |
| Assessed Value: | $9,120 | Depreciated: | $85,304.21 |
| Assessed Class: | 10% | Replace: | $113,738.94 |
| Income Appraised: | N | Total Value: | $79,617.00 |
| BOE Amount: | $0.00 | Adjust Rates: | $41.00 |
| Total Features (Current Year): | $0.00 | Current Year Appraised: | $91,280 |
| Total Features: | $0 | Previous Year Appraised: | $91,280 |
| Micellaneous Features: | $10,114.00 | | |

 

# Autauga County
## GIS Internet Report

# Building Components Information

## Appendage Information

| Name | Area | Adjusted Area |
|---|---|---|
| ATTACHED GARAGE | 425 | 255 |
| PATIO | 420 | 42 |
| OPEN PORCH | 270 | 54 |

## Other Information

| | | |
|---|---|---|
| **Plumbing:** 3 | **Exempt:** Y | **Penalty:** N |
| **Occupied:** 0111 | **House Class:** D+ | **Penalty Value:** 0 |
| **Use Occupied:** N | **County Index:** 1.26 | **Basic Rate:** $41.00 |

 

# Autauga County
## GIS Internet Report

# Parcel Map Display



**Autauga County, Alabama Disclaimer**
Information deemed reliable but not guaranteed.
Copyright © 2009